■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM K. SPIERS, Appellant. (Appeal No. 2.) [752 NYS2d 573] —Appeal from a resentence of Supreme Court, Erie County (Burns, J.), entered October 7, 1999, which resentenced defendant following his conviction of, inter alia, burglary in the second degree.

It is hereby ordered that the resentence so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Spiers* ([appeal No. 1] 300 AD2d 1033). Present—Pigott, Jr., P.J., Green, Pine, Hayes and Gorski, JJ.